■ HERMAN H. HENSEL, Respondent, et al., Plaintiff, v RANDALL RAAB, Appellant. [718 NYS2d 916] —Judgment unanimously affirmed without costs for reasons stated in decision at Genesee County Court, Griffith, J. (Appeal from Judgment of Genesee County Court, Griffith, J.—RPAPL.) Present—Pine, J. P., Wisner, Hurlbutt and Kehoe, JJ.